

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00035-CR

John Gabriel **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10432
The Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies appellant was informed of his right to file his own brief and to gain access to the appellate record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a *pro se* brief.

If the appellant desires to file a *pro se* brief, he must do so within sixty days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.



Keith E. Hottle
Clerk of Court